IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>PETER BILARDELLO | Criminal Action No.<br><br>1:22-CR-0028-TWT |

**Notice of Appearance by Third Year Law Student**

The United States of America, by Ryan K. Buchanan, United States Attorney, and Annalise K. Peters, Assistant United States Attorneys for the Northern District of Georgia, files this notice that Third Year Law Student Rushton Davis will appear alongside the undersigned in this case.

Ms. Davis has met all of the requirements to appear on behalf of the United States in matters occurring before the Court, as evidenced by the attached order. The undersigned will supervise Ms. Davis's appearance in this case.

WHEREFORE, the United States provides notice that Ms. Davis will appear on behalf of the United States in the above-referenced matter.

Respectfully submitted,

RYAN K. BUCHANAN
*United States Attorney*

/s/ ANNALISE K. PETERS
   *Assistant United States Attorney*
Georgia Bar No. 550845
annalise.peters@usdoj.gov

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

August 26, 2022

/s/ ANNALISE K. PETERS

ANNALISE K. PETERS

*Assistant United States Attorney*