

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE: 2022-2023 LEGAL INTERN PROGRAM

### ORDER

This matter is before the Court for consideration of the United States of America's motion to allow the following law student interns to appear in matters pending before the Court:

   Katie Chilton, Emory University School of Law;
   Rushton Davis, Emory University School of Law;
   Holley Howell, Emory Univeristy School of Law;
   Jordan Vera Kalteux, Georgia State University College of Law; MariClaire Kimbrell, University of Georgia School of Law.

Each of the above-named students has satisfied the prerequisites set forth in the Court's standing order of March 7, 1984, In Re: Legal Intern Program, and the motion is GRANTED. The motion of the United States and this Order shall be filed as part of the record in any case in which any of the above-named students appear. This order shall remain in effect until April 28, 2023.

So ORDERED this 12th day of August, 2022.

ATTEST: A TRUE COPY
CERTIFIED THIS
AUG 12 2022

_____
STEVEN GRIMBERG
UNITED STATES DISTRICT JUDGE