

# Cobb County Sheriff's Office

Public Safety Building
185 Roswell Street/Marietta, Georgia 30090-9650
Telephone: (770) 499-4600 / Fax: (770) 499-4797

**NEIL WARREN / Sheriff      MILTON BECK / Chief Deputy**

## MEMORANDUM

**TO:**      **Deputy Peter Bilardello**

**FROM:**   **Lt. Col. N. Nation**

**DATE:**   **02/06/2017**

**REF:**    **Shift Reassignment**

Effective 02/26/2017, you are being reassigned to Day Shift Field Operations in the
Sex Offender Unit.  You will stop receiving $1.00 shift differential pay on the
effective date. You will need to contact Maj. M. Williams prior to your effective date
for your duty assignment and work schedule.

If you have any questions, please feel free to contact me.

**CC:**   **Col. Willard**
        **Maj. M. L. Williams**
        **Maj. P. Gibson**
        **Maj. R. Mehling**
        **Maj. R. Brady**
        **Keith Freeman**
        **Marcia Smith**
        **Angela Paschal**

*"To Protect and Serve"*

# 3-04-02.00 Sex Offender Unit

| | |
|---|---|
| **Policy Statement** | The Sheriff's Office is mandated by State Statute to enforce all local and state laws regarding convicted sex offenders.  Deputies assigned to this unit shall ensure that all statutes are enforced, violations are investigated and registered sex offenders are managed in compliance with state and local laws. |
| **CALEA** | |

**3-04-02.01**   **Sex Offender Unit Functions**

The Sex Offender Unit is primarily responsible for operating within, enforcing and complying with all Georgia State Statutes regarding sex offenders.

A. This shall include, but is not limited to, the verification of residences, places of employment/business, schools and institutions of higher learning for compliance or violation of O.C.G.A. 42-1-12 and other associated Georgia Code Sections.

B. Georgia Law mandates that the Sheriff's Office shall process and maintain current fingerprints and photographs on all sex offenders registered as living or working within the boundaries of Cobb County.

1. Each time an offender reports for registration he/she shall be fingerprinted and photographed.

2. Fingerprint cards and photographs shall be maintained in the offenders file.

_____   This space intentionally left blank   _____

**3-04-02.02**          **Sex Offender Registration**

Sex Offenders shall report, in person, to the Sheriff's Office in the county in which they live to satisfy the obligation to register as a convicted sex offender pursuant to Georgia Code Section 42-1-12;

A. Initial Registration

1. The Sex Offender shall:

    a)   provide a valid government issued identification card;

    b)   complete a registration packet and Sex Offender Registration Form;

        i    A Cobb County Sex Offender Homeless Registration Form shall be used in addition to the full registration packet for those offenders who state they are homeless (3-04-02.03).

    c)   sign for and receive a copy of the Sex Offender Registration Laws;

    d)   pay a fee for cost incurred in the publishing of the offender's information and photograph; and

    e)   be fingerprinted and photographed by the on-duty fingerprint technician;

2. The employee processing the registration of the Sex Offender shall:

    a)   initiate a GCIC query in order to obtain the offenders Serial Number (SRN), run a criminal history, wanted persons query (QWA) and a drivers query(DQ) on GCIC;

    b)   check home and work address using the ARC map to ensure offender is not in violation of law;

        i    If violation are found the offender shall be served with a 72 hour notice to move per GA law.

    c)   add the offender to "Offender Watch";

    d)   update offender's information on GCIC by adding home/work/school address(s) and ensuring the Verification Sex Offender Code (VSO) is entered;

    e)   update the Sheriff's Office Records Management System;

    f)   establish a file on the offender containing all forms, documents and receipts;

    g)   place the offender's information and photograph on the Sheriff's Office Web Site, Sex Offender Registry; and

    h)   complete a home verification packet for the assigned investigator.

**(Sex Offender Registration Continued)**

B. Out of State Offender Moving to Cobb County

    1. The out-of-state offender who moves to Cobb County shall be registered following the same procedures as outlined in 3-04-02.02(A).

    2. A copy of the offender's registration shall be faxed to the GBI so that a Georgia SRN can be assigned to the offender.

        a) Once the SRN is received the Sheriff's Office Records Management System and GCIC (VSO) shall be updated.

C. Sexual Offender Returning to Live in Cobb County

    1. A sex offender who previously lived in Cobb County, moved away and is now returning to live in Cobb County again shall be registered following the same procedures as outlined in 3-04-02.02 (D) with the following exceptions.

        a) Update "Offender Watch" with all available information including a new photo; changing the inactive entry to active and placing a check mark in the "Publish on the Website" box.

        b) Obtain the old sex offender file from archives, add all the current forms and documents and place on the assigned investigator's desk.

        c) Create a home verification packet and give to the assigned investigator.

D. Annual Registration

    1. All sex offenders currently registered to live in Cobb County must register annually at least 72 hours prior to their annual registration date.

        a) The offender's date of birth shall be considered an offender's registration date.

    2. Annual registration requires that the offender complete a full registration packet to include:

        a) Obtaining copy of a valid government issued identification card;

        b) Running a criminal history, wanted persons query (QWA) and drivers query(DQ) on GCIC;

        c) Obtain the offender's thumbprints;

        d) Check home/work/school addresses for violations using the ARC map;

        e) Upload new photo and update information on "Offender Watch"; and

        f) Update GCIC's VSO with any changes, picture etc.

    3. A warrant for "Failure to Register" shall be issued for any sex offender who does not register by their annual registration date.



# *Cobb County Sex Offender Homeless Registration Form*

**(This form is to be utilized with the full registration packet.  Do not use only this form.)**

| | |
|---|---|
| **Description of Location of Homeless Residence:**<br><br>(Include details such as street location, nearest cross road, and nearest structure.  Sample: Roswell Road under the Interstate bridge.) | |

| | |
|---|---|
| **Time Block:**<br>(Provide a 4 hour time block when you reside at the location on a daily basis for residence verification purposes.  Sample: 11:00pm – 3:00am.) | |

| | |
|---|---|
| **Nearest Physical Street Address to Homeless Residence:**<br><br>**(Provide actual street address)** | |

| | |
|---|---|
| **Provide Nearby Businesses or Home Residences:** | Name:_____<br>Address:_____<br>_____<br>Phone Number: _____<br><br>Name:_____<br>Address:_____<br>_____<br>Phone Number: _____ |

| | |
|---|---|
| **Emergency Contacts:** | Name:_____<br>Address:_____<br>_____<br>Phone Number: _____<br><br>Name:_____<br>Address:_____<br>_____<br>Phone Number: _____ |

*Homeless Registration Form*
**Page 2**

| People & Places Frequented: | Name:_____<br>Address:_____<br>_____<br>Phone Number: _____<br><br>Name:_____<br>Address:_____<br>_____<br>Phone Number: _____ |
|---|---|

| **Do You Work:** | ☐ Yes    ☐ No | |
|---|---|---|
| **Work Location:** | | |
| **Work Schedule:** | | |
| **Days:** | | **Time of Day:** | |

I understand that by signing this document that I am stating that all information provided on this form is accurate and true to the best of my knowledge.

I am also stating that I understand that by registering as "homeless" that ALL sexual offender laws for the State of Georgia still apply to me, including registering a new address whether I obtain a physical street address or a new "homeless" residence within 72 hours of leaving the previous location.

I also understand that if I am not found to physically be at the registered location during home verifications that In may be in violation of the law as pertaining to O.C.G.A. 42-1-12 for "Failure to Registrar".

| Signature of Offender: | | Date: | |
|---|---|---|---|
| Printed Name of Offender: | | | |
| Signature of Witness: | | Date: | |
| Printed Name of Witness: | | SOID#: | |

**3-04-02.04**          **Sexually Dangerous Predators**

A. The Sheriff's Office shall register and maintain registration information on all offenders classified as sexually dangerous predators.

   1. Sexually Dangerous Predators shall register in compliance with policy 3-04-05.02(A).

   2. Following the initial registration, Sexually Dangerous Predators must re-register with the Sheriff's Office within 72 hours of their individual birthday and every six (6) months thereafter.

B. The Sheriff's Office shall retain, to the best of their ability, the current home and work/business address on all sexually dangerous predators registered in Cobb County.

C. Any offender classified as predator in another state shall also be classified as a predator in the State of Georgia.

—————          This space intentionally left blank          —————

**3-04-02.05**          **Sex Offender Verification**

A. The Sheriff's Office shall perform an inspection of the residence, business / employer or school location that a registered sex offender has cited as his current home, place of employment or school address.

  1. Inspection shall be conducted in a timely manner and be in compliance with Georgia Law.

  2. Deputies shall specifically check for compliance with Georgia Law and identify, in writing, any potential violations.

  3. If information is received that the subject no longer lives, works or attends school at the registered location, an investigation for registration violations shall be initiated.

B. Home Verifications

  1. Home verification packets shall consist of the Home Verification Cover Sheet (3-04-02.06), GSA Home Verification Sheet, report printout from Offender Watch and ARC Map printout of subject's home location.

  2. The Investigator shall attempt to verify that the subject resides at the address provided.

      a) The date, time and results shall be marked on the cover sheet for each attempt made.

      b) The appropriate box shall be marked to indicate that the address was verified, if a violation was found, or if subject has a new address.

  3. When making the verification Investigators should:

      a) Observe the surrounding area to determine if there are any violations;

      b) If possible, make direct contact with the offender;

      c) Verify registration of vehicles; and

      d) Verify that subject is in compliance with any probation/parole restrictions.

  4. The Investigator shall complete a GSA home verification sheet.

  5. Once verification is complete, the Investigator shall update GCIC to reflect the verification and/or any changes.

      a) Offender Watch shall also be updated by making notes in the Intelligence Section showing that the address was verified.

          i   Notes should include the date, time, and name of the investigator who completed the check.

**(Sex Offender Verification Continued)**

C.  Work & School Verifications

1.  OCGA 42-1-12 states that an offender must register his employment and school attendance information with the Sheriff of the county of residence.

2.  Work/School verification packets shall consist of the Work/School Verification Cover Sheet (3-04-02.07), GSA Work Verification Sheet, report printout from Offender Watch and ARC Map printout of subject's work/school location

3.  The Investigator shall attempt to verify that the subject is employed or attends school at the address provided.

    a)  The date, time and results shall be marked on the cover sheet for each attempt made.

    b)  The appropriate box shall be marked to indicate that the address was verified, if a violation was found, or if the subject no longer work or attends school at the location.

4.  The Investigator shall complete the GSA work verification sheet.

5.  Once verification is complete, the Investigator shall update GCIC to reflect the verification and/or any changes.

    a)  Offender Watch shall also be updated by making notes in the Intelligence Section showing that the work/school address was verified.

        i  Notes should include the date, time, and name of the investigator who completed the check.

6.  Investigators may verify employment and/or school attendance by phone.

    a)  If verification is completed by phone, a verification packet does not need to be completed.

    b)  Investigator shall document the date, time, name of business or school representative who provided the verifying information.

    c)  Self-employed offenders must be physically verified.

    d)  Once verification is complete, GCIC and Offender Watch shall be updated

———————— This space intentionally left blank ————————



# *Cobb County Sheriff's Office*
# *Sex Offender Work/School Verification Cover Sheet*

| | |
|---|---|
| Offender's Name: | |
| Work Name & Address: | |
| Zone: | Map Book: |

| | | | | | |
|---|---|---|---|---|---|
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |

☐ Work/School Verified          ☐ Unable to Locate Work/School Address

☐ Subject No Longer Works at Location or No Longer Attends School at Location

☐ New Work/School Information (if known):_____

☐ Subject Unknown          ☐ Subject Incarcerated

☐ Possible 1,000 Feet Violation _____

| | |
|---|---|
| Deputy's Signature: | |
| SOID#: | Date: |

**Note:  This service sheet must remain attached to the verification packet at all times.**

 **Cobb County Sheriff's Office**
**Sex Offender Work/School Verification Cover Sheet**

| Offender's Name: | |
|---|---|
| Address: | |
| Zone: | Map Book: |

| Date: | | Time: | | Comments: | |
|---|---|---|---|---|---|
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |

☐ Address Verified          ☐ Unable to Locate Address          ☐ Subject Moved

☐ New Address: _____

☐ New Resident, Subject Unknown          ☐ Subject Incarcerated

☐ Possible 1,000 Feet Violation _____

| Deputy's Signature: | |
|---|---|
| SOID#: | Date: |

**Note:  This service sheet must remain attached to the verification packet at all times.**

**3-04-02.08**          **Change of Home Address**

A. Any person registered as a sex offender in Cobb County who moves to a new address within the county shall complete a "Change of Address" form.

B. Sheriff's Office staff shall complete the following when a change of address form is completed.

　1. Obtain a valid state issued photo identification card;

　2. Run a wanted persons query (QWA) and a drivers query (DQ) on GCIC;

　3. Check new home address for violations using the ARC map.

　4. Update address information on "Offender Watch"; and

　5. Create a home verification packet for the assigned investigator.

**3-04-02.09**          **Change of Employment / School Address**

A. Any person registered as a sex offender in Cobb County who changes their employment or school to a new location within the county shall complete a "Change of Address" form.

B. Sheriff's Office staff shall complete the following when a change of address form is completed.

　1. Obtain a valid state issued photo identification card;

　2. Run a wanted persons query (QWA) and a drivers query (DQ) on GCIC;

　3. Check new employer/school location for violations using the ARC map.

　4. Update work/school information on "Offender Watch"; and

　5. Create an employer/school verification packet for the assigned investigator.

—————          This space intentionally left blank          —————

**3-04-02.10**  **Violations**

A. 1,000 Foot Violations

    1. 1,000 Foot Violation Quick List

        a) Home Violations – a violation may exist if the offender is living near a:
- School;
- Church;
- Day Care Center (licensed for 19 or more students);
- Community Pool;
- Library;
- State/City/County Parks or Trails;
- Amusement Parks/Centers; or
- Any place minors congregate.

        b) Work/School Violations – a violation may exist if the offender is working or attending an higher education school near a School, Church or Day Care Center (licensed for 19 or more students).

        c) The work/school violations are the same as the home violations for offenders deemed as Sexual Predators.

    2. A Violation Log shall be maintained to reflect all offenders who are in violation and required comply with a Notice of Violation within a 72 hours' time frame.

        a) Log shall include the offender's name; date offender was served with notice of the violation and the date by which they must comply by registering new information.

B. Serving Offender With Notice of Violation

    1. If a violation is found when the offender comes to register or update information, a violation notice shall be completed and served on the offender prior to his/her leaving the Sheriff's Office.

        a) Employee shall update Offender Watch showing that the subject is not in compliance and document the violation on the violation log.

    2. If a violation is found when conducting verification, the Investigator shall complete a pre-typed letter reflecting the offender's name, address of violation and cause of violation and served the letter on the offender while on site.

        a) Employee shall update Offender Watch showing that the subject is not in compliance and document the violation on the violation log.

    3. Employees shall utilize the appropriate forms/letter for serving notice of violations (see 3-04-02.11, 3-04-02.12, 3-04-02.13 and 3-04-02.14).

3-04-02.11



# COBB COUNTY SHERIFF'S OFFICE

Public Safety Building ⱷ 185 Roswell Street ⱷ Marietta, GA  30090-9650
Telephone (770) 499-4600 ⱷ Fax (770) 4994797

## <span style="color:red">***Violation of O.C.G.A. 42-1-15 ***<br>***Official Notification – Home Violation***</span>

TO: _____

The address you have registered, _____,

is in violation of the Official Code of Georgia 42-1-15, which states that a registered sex offender's residence must not be within 1,000 feet of any area where minors congregate.  This includes, but is not limited to, schools, churches, day care centers, community pools, libraries, state/city/county parks, amusement centers or any other place where minors may congregate.

You are in violation of this law based on the following:

- ▪ Your residence is within 1,000 feet of a _____.

To avoid criminal prosecution, you must relocate your residence <span style="color:red"><u>immediately</u></span>.  You must register the change of your residence address with the Cobb County Sheriff's Office within <span style="color:red">72 hours</span> of this notification.

I _____ have read, or had read to me, this notification and understand its contents.

_____   _____      _____   _____
    Signature of Offender                   Date               Signature of Witness             Date


_____                    _____
   Printed Name of Offender                               Printed Name of Witness


If you have any questions or concerns please feel free to contact the Sexual Offender Unit at 770-499-4653 or 770-499-4666.

*"To Protect and Serve"*

**3-04-02.12**



*Cobb County Sheriff's Office*
*Sex Offender Notice to Move Service Sheet*

| Offender's Name: | | | |
|---|---|---|---|
| Address: | | | |
| Zone: | | Map Book: | |

| | | | | | |
|---|---|---|---|---|---|
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |

☐ **1,000 Foot Notice to Move Served**

☐ Unable to Locate Address          ☐ Subject Moved

☐ New Address: _____

☐ New Resident, Subject Unknown          ☐ Subject Incarcerated

☐ Possible 1,000 Feet Violation _____

| Deputy's Signature: | | | |
|---|---|---|---|
| SOID#: | | Date: | |

**3-04-02.13**



# COBB COUNTY SHERIFF'S OFFICE

Public Safety Building ₱ 185 Roswell Street ₱ Marietta, GA  30090-9650
Telephone (770) 499-4600 ₱ Fax (770) 4994797

## ***Violation of O.C.G.A. 42-1-15 ***
## ***Official Notification – Work/School Violation***

TO: _____

The work/school address you have registered, _____,
is in violation of the Official Code of Georgia 42-1-15, which states that a registered sex
offender's work or school location must not be within 1,000 feet of a school, church, or day care
facility.

You are in violation of this law based on the following:

- ▪ Your work location is within 1,000 feet of a _____.
- ▪ Your school location is within 1,000 feet of a _____.

To avoid criminal prosecution, you must relocate your employment/school <u>immediately</u>.  You
must register the change of your work/school location address with the Cobb County Sheriff's
Office within 72 hours of this notification.

I _____ have read, or had read to me, this notification and
understand its contents.


_____   _____   _____   _____
         Signature of Offender                    Date                      Signature of Witness                   Date


_____            _____
       Printed Name of Offender                             Printed Name of Witness


If you have any questions or concerns please feel free to contact the Sexual Offender Unit at 770-
499-4653 or 770-499-4666.

*"To Protect and Serve"*

3-04-02.14

 ### *Cobb County Sheriff's Office*
### *Notice to Change Employment/School Service Sheet*

| | |
|---|---|
| Offender's Name: | |
| Address: | |
| Zone: | Map Book: |

| | | | | | |
|---|---|---|---|---|---|
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |
| Date: | | Time: | | Comments: | |

☐ **1,000 Foot Notice to Change Employment/School Served**

☐ Unable to Locate Address          ☐ Subject Moved

☐ New Address: _____

☐ New Resident, Subject Unknown          ☐ Subject Incarcerated

| | |
|---|---|
| Deputy's Signature: | |
| SOID#: | Date: |

**3-04-02.15**       **Arrest Warrants**

A. Deputies shall obtain an arrest warrant for any sexual offenders in violation of Georgia statue.

1. Once a warrant is secured, the deputy may have the "Arrest Copy" assigned to the Sex Offender Unit for service.

   a) The original warrant shall remain in the Warrant Room of the Field Services Section until an arrest is made.

   b) If the deputy is unable to make n arrest, he may elect to have the warrant re-assigned to the Uniform or Fugitive Sections of the Operations Division

   c) A copy of the arrest warrant shall be placed in the offender's file.

2. Assigned Investigator shall:

   a) Change status of the offender in "Offender Watch" to "Warrant Taken";

   b) Update GCIC VSO to reflect "Absconded"; and

   c) Pull the offender's file and place in it in the Warrant's cabinet.







State of Georgia
**Peace Officer Standards and Training Council**
Network Data Gateway



# Data Report System

## Individual Officer Profile

*Created: 01-12-2022 10:44*

*Requested by: Neethu Varghese*



O132462

| | |
|---|---|
| Officer Key | O132462 |
| Officer Name | **PETER  BILARDELLO** |
| Race | **White (Not Hispanic or Latino)** |
| Education | **High School Diploma** |
| Status | **POST Review Required** |

## Officer Certifications

| Certification | Description | Certification Type | Status |
|---|---|---|---|
| PBLE070560S | BASIC LAW ENFORCEMENT | Basic | Suspended (POST Sanction) |
| PBJA070312S | JAILER | Basic | Suspended (POST Sanction) |

## Instructor Certifications

| None Found |
|---|

## Employment History

| Agency | Rank | Start Date | End Date | Status |
|---|---|---|---|---|
| COBB COUNTY SHERIFFS OFFICE | Deputy Sheriff | December 5, 2005 | August 16, 2021 | Resigned while under Investigation |

## Sanctions

| None Found |
|---|

## Training History

| Date | Number | Course | Hours |
|---|---|---|---|
| August 3, 2021 | IEC04E | C.P.R/A.E.D/FIRST AID | 4 |
| July 28, 2021 | IFM18F | ADVANCED PISTOL TACTICS | 8 |
| July 22, 2021 | IDG21G | TASER 7 USER CERTIFICATION | 6 |
| July 22, 2021 | NDG06G | TASER BODY CAMERA SYSTEM | 4 |
| May 27, 2021 | IFM22F | USE OF DEADLY FORCE | 1 |
| May 27, 2021 | IGS11G | FOSTERING POSITIVE COMMUNITY RELATIONS | 2 |
| May 27, 2021 | IKV17G | A.L.E.R.R.T. ACTIVE SHOOTER LEVEL I | 1 |
| May 27, 2021 | ICR02G | DE-ESCALATION TECHNIQUES | 1 |
| May 26, 2021 | ABI20G | FINANCIAL INVESTIGATION FUNDAMENTALS | 24 |
| May 13, 2021 | IBK00G | FRAUD INVESTIGATIONS | 1 |
| April 15, 2021 | IKV17G | A.L.E.R.R.T. ACTIVE SHOOTER LEVEL I | 1 |
| April 11, 2021 | DBN01G | EVIDENCE COLLECTION & PRESERVATION (GPSTC ONLINE) | 1 |
| April 11, 2021 | DBS09G | Sexual Assault Evidence Collection (2hr) | 2 |
| April 1, 2021 | IBJ01G | ELECTRONIC SURVEILLANCE | 1 |

*Requestor IP Address: 149.101.1.115*

| | | | |
|---|---|---|---|
| March 26, 2021 | IFL05F | PATROL RIFLE TRAINING | 1 |
| March 26, 2021 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| March 24, 2021 | DBS03G | Sexual Assault Investigations - Understanding Trauma & Its Impact on Victims | 1 |
| March 18, 2021 | IBI20G | CELL PHONE INVESTIGATIONS | 1 |
| March 4, 2021 | ILQ00G | SEARCH AND SEIZURE | 1 |
| February 11, 2021 | IEM08G | TECC - Tourniquet Training | 1 |
| January 23, 2021 | DLQ01G | SEARCHING MOTOR VEHICLES (GPSTC ONLINE) | 1 |
| January 22, 2021 | DBS10G | Sex Trafficking | 3 |
| January 22, 2021 | DCH01G | Hate Crimes (GPSTC) | 1 |
| January 22, 2021 | DBM12G | Human Trafficking (GPSTC) | 2 |
| January 21, 2021 | IDT01G | BUILDING CLEARINGS | 1 |
| January 14, 2021 | IGB31G | CJIS NETWORK OPERATOR RE-CERTIFICATION EXAM | 1 |
| January 14, 2021 | DGB01G | GCIC SECURITY AWARENESS TRAINING | 1 |

2021 Total Hours : 74

| | | | |
|---|---|---|---|
| December 8, 2020 | IDG16G | TASER RECERTIFICATION | 2 |
| November 6, 2020 | IFM18F | ADVANCED PISTOL TACTICS | 6 |
| August 26, 2020 | IFM22F | USE OF DEADLY FORCE | 1 |
| August 26, 2020 | ICR02G | DE-ESCALATION TECHNIQUES | 1 |
| August 26, 2020 | IGS12G | POLICE LEGITIMACY, PROCEDURAL JUSTICE & COMM. RELATIONS | 2 |
| February 4, 2020 | IEM08G | TECC - Tourniquet Training | 1 |
| February 4, 2020 | IFM22F | USE OF DEADLY FORCE | 1 |
| February 4, 2020 | ICR02G | DE-ESCALATION TECHNIQUES | 1 |
| February 4, 2020 | IEC04E | C.P.R/A.E.D/FIRST AID | 3 |
| February 4, 2020 | IGS12G | POLICE LEGITIMACY, PROCEDURAL JUSTICE & COMM. RELATIONS | 2 |
| January 31, 2020 | IFL05F | PATROL RIFLE TRAINING | 1 |
| January 31, 2020 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |

2020 Total Hours : 23

| | | | |
|---|---|---|---|
| December 12, 2019 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| September 6, 2019 | IDD07D | DEFENSIVE TACTICS | 5 |
| September 6, 2019 | IDO02D | OLEORESIN CAPSICUM (RE-FAMILIARIZATION) | 1 |
| September 6, 2019 | UDP06G | EXPANDABLE BATON RECERTIFICATION | 2 |
| September 3, 2019 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| September 3, 2019 | IFL05F | PATROL RIFLE TRAINING | 1 |
| May 10, 2019 | IFJ04G | JUDGEMENTAL SIMULATOR TRAINING | 4 |
| May 10, 2019 | IFM18F | ADVANCED PISTOL TACTICS | 4 |
| April 17, 2019 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| April 17, 2019 | IFL05F | PATROL RIFLE TRAINING | 2 |
| February 14, 2019 | IFM22F | USE OF DEADLY FORCE | 1 |
| February 14, 2019 | ICR02G | DE-ESCALATION TECHNIQUES | 1 |
| February 13, 2019 | IEC04E | C.P.R/A.E.D/FIRST AID | 4 |
| February 13, 2019 | IGF05G | CULTURAL AWARENESS | 2 |
| January 22, 2019 | IGB31G | CJIS NETWORK OPERATOR RE-CERTIFICATION EXAM | 1 |
| January 22, 2019 | IGB31G | CJIS NETWORK OPERATOR RE-CERTIFICATION EXAM | 1 |
| January 22, 2019 | DGB01G | GCIC SECURITY AWARENESS TRAINING | 1 |
| January 15, 2019 | ILM17G | DIPLOMATIC IMMUNITY OF FOREIGN NATS. | 1 |

2019 Total Hours : 37

| November 15, 2018 | IFN02F | NIGHT FIRE | 1 |
|---|---|---|---|
| October 3, 2018 | IDG16G | TASER RECERTIFICATION | 2 |
| September 12, 2018 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| September 12, 2018 | IFL05F | PATROL RIFLE TRAINING | 1 |
| July 11, 2018 | IDO02D | OLEORESIN CAPSICUM (RE-FAMILIARIZATION) | 1 |
| July 11, 2018 | IKV12G | ACTIVE SHOOTER RESPONSE | 6 |
| July 11, 2018 | UDP06G | EXPANDABLE BATON RECERTIFICATION | 1 |
| May 2, 2018 | UFE02F | SHOTGUN QUALIFICATION | 1 |
| May 2, 2018 | IFM18F | ADVANCED PISTOL TACTICS | 7 |
| April 18, 2018 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| April 18, 2018 | IFL05F | PATROL RIFLE TRAINING | 1 |
| March 13, 2018 | IJM37G | PRISON RAPE ELIMINATION ACT | 4 |
| January 16, 2018 | NOB23E | CPR/AED FIRST AID | 4 |
| January 16, 2018 | ICR02G | DE-ESCALATION TECHNIQUES | 1 |
| January 16, 2018 | IFM22G | USE OF DEADLY FORCE | 1 |
| January 16, 2018 | IGS11G | FOSTERING POSITIVE COMMUNITY RELATIONS | 2 |

2018 Total Hours : 37

| October 2, 2017 | ICR02G | DE-ESCALATION TECHNIQUES | 2 |
|---|---|---|---|
| October 2, 2017 | IGF05G | CULTURAL AWARENESS | 2 |
| October 2, 2017 | IFM22F | USE OF DEADLY FORCE | 2 |
| September 27, 2017 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| September 27, 2017 | IFL05F | PATROL RIFLE TRAINING | 1 |
| August 17, 2017 | ANQ23G | GSA SEX OFFENDER REGISTRY CONFERENCE | 2 |
| August 17, 2017 | ANQ23G | GSA SEX OFFENDER REGISTRY CONFERENCE | 5 |
| August 16, 2017 | ANQ23G | GSA SEX OFFENDER REGISTRY CONFERENCE | 3 |
| August 16, 2017 | ANQ23G | GSA SEX OFFENDER REGISTRY CONFERENCE | 1 |
| August 16, 2017 | ANQ23G | GSA SEX OFFENDER REGISTRY CONFERENCE | 1 |
| August 16, 2017 | ANQ23G | GSA SEX OFFENDER REGISTRY CONFERENCE | 1 |
| August 15, 2017 | ANQ24G | GSA SEX OFFENDER REGISTRY BASIC 101 | 15 |
| July 27, 2017 | NFD39G | BALLISTIC SHIELD USER | 4 |
| May 18, 2017 | IFM18F | ADVANCED PISTOL TACTICS | 7 |
| May 18, 2017 | UFE02F | SHOTGUN QUALIFICATION | 1 |
| April 27, 2017 | IDO02D | OLEORESIN CAPSICUM (RE-FAMILIARIZATION) | 1 |
| April 27, 2017 | IDD07D | DEFENSIVE TACTICS | 2 |
| April 27, 2017 | IFM22G | USE OF DEADLY FORCE | 2 |
| April 27, 2017 | IFJ04G | JUDGEMENTAL SIMULATOR TRAINING | 3 |
| April 20, 2017 | IYR00G | REPORT WRITING | 2 |
| April 20, 2017 | IEC04E | C.P.R/A.E.D/FIRST AID | 4 |
| April 19, 2017 | UDP06G | EXPANDABLE BATON RECERTIFICATION | 2 |
| March 16, 2017 | IBN01G | EVIDENCE AND PROPERTY MANAGEMENT | 1 |
| February 16, 2017 | IGB31G | CJIS NETWORK OPERATOR RE-CERTIFICATION EXAM | 1 |
| February 16, 2017 | DGB01G | GCIC SECURITY AWARENESS TRAINING | 1 |
| February 15, 2017 | IFL05F | PATROL RIFLE TRAINING | 1 |
| February 15, 2017 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |

2017 Total Hours : 71

| December 19, 2016 | ADG01G | TASER ELECTRICAL DEVICE | 2 |
|---|---|---|---|
| September 14, 2016 | IFL05F | PATROL RIFLE TRAINING | 1 |

Requestor IP Address: 149.101.1.115

| | | | |
|---|---|---|---|
| September 14, 2016 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| September 8, 2016 | IDD07D | DEFENSIVE TACTICS | 4 |
| September 8, 2016 | UDP06G | EXPANDABLE BATON RECERTIFICATION | 1 |
| September 8, 2016 | IDO02D | OLEORESIN CAPSICUM (RE-FAMILIARIZATION) | 1 |
| June 23, 2016 | IFM18F | ADVANCED PISTOL TACTICS | 7 |
| June 23, 2016 | UFE02F | SHOTGUN QUALIFICATION | 1 |
| May 27, 2016 | IJM37G | PRISON RAPE ELIMINATION ACT | 4 |
| February 11, 2016 | IFM22G | USE OF DEADLY FORCE | 2 |
| February 11, 2016 | IEC04E | C.P.R./A.E.D/FIRST AID | 4 |
| February 11, 2016 | IYJ00G | INTERPERSONAL COMMUNICATIONS | 2 |
| January 13, 2016 | IFL05F | PATROL RIFLE TRAINING | 1 |
| January 13, 2016 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| January 7, 2016 | IFN02F | NIGHT FIRE | 1 |
| | | | 2016 Total Hours : 35 |
| | | | |
| December 9, 2015 | IDG16G | TASER RECERTIFICATION | 2 |
| October 9, 2015 | AWG01G | DUI/DWI DET. & STAN. FIELD SOBRIETY TEST | 24 |
| September 24, 2015 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| September 24, 2015 | IFL05F | PATROL RIFLE TRAINING | 1 |
| September 3, 2015 | UDP06G | EXPANDABLE BATON RECERTIFICATION | 2 |
| September 3, 2015 | IDD07D | DEFENSIVE TACTICS | 6 |
| July 16, 2015 | IGB29G | SECURITY AND INTEGRITY OF CHRI (2 HR) | 2 |
| July 16, 2015 | IGB30G | CJIS NETWORK OPERATOR TRAINING | 5 |
| June 25, 2015 | IFM18F | ADVANCED PISTOL TACTICS | 5 |
| June 25, 2015 | IFM03F | FIREARMS MAINTENANCE | 1 |
| June 25, 2015 | UFE02F | SHOTGUN QUALIFICATION | 1 |
| June 4, 2015 | IFL03F | PATROL RIFLE | 2 |
| March 25, 2015 | ITU09G | VEHICLE PULLOVERS- NARCOTICS RELATED | 1 |
| February 19, 2015 | IFM22G | USE OF DEADLY FORCE | 2 |
| February 19, 2015 | IGM39G | HOSPITAL SECURITY | 1 |
| February 19, 2015 | IGW01G | MENTAL HEALTH | 1 |
| February 19, 2015 | IEC04E | C.P.R/A.E.D/FIRST AID | 3 |
| February 19, 2015 | IDO02D | OLEORESIN CAPSICUM (RE-FAMILIARIZATION) | 1 |
| February 17, 2015 | IFN02F | NIGHT FIRE | 1 |
| January 22, 2015 | IGR02G | ELECTRONIC WARRANTS | 2 |
| January 12, 2015 | IFR04F | FIREARMS REQUAL& USE OF DEADLY FORCE (4 Hrs) | 4 |
| | | | 2015 Total Hours : 69 |
| | | | |
| December 30, 2014 | IDG02G | TASER | 2 |
| December 11, 2014 | IFN02F | NIGHT FIRE | 1 |
| November 5, 2014 | ILQ00G | SEARCH AND SEIZURE | 3 |
| October 17, 2014 | IFM03F | FIREARMS MAINTENANCE | 1 |
| October 17, 2014 | UFE02F | SHOTGUN QUALIFICATION | 1 |
| October 17, 2014 | IFM18F | ADVANCED PISTOL TACTICS | 4 |
| August 28, 2014 | UDP06G | EXPANDABLE BATON RECERTIFICATION | 1 |
| August 28, 2014 | IJO03G | CELL EXTRACTIONS | 2 |
| August 28, 2014 | IDO02D | OLEORESIN CAPSICUM (RE-FAMILIARIZATION) | 1 |
| August 28, 2014 | IDD07D | DEFENSIVE TACTICS | 2 |
| August 28, 2014 | IFM22G | USE OF DEADLY FORCE | 1 |

Requestor IP Address: 149.101.1.115

| July 10, 2014 | IFL05F | PATROL RIFLE TRAINING | 8 |
| July 9, 2014 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| June 19, 2014 | INB08G | DRUG IDENTIFICATION | 1 |
| May 8, 2014 | IJM37G | PRISON RAPE ELIMINATION ACT | 4 |
| May 8, 2014 | ILM33G | FIREARMS LAWS | 1 |
| March 27, 2014 | IGW01G | MENTAL HEALTH | 2 |
| March 27, 2014 | IEC04E | C.P.R/A.E.D/FIRST AID | 3 |
| March 21, 2014 | IFM03F | FIREARMS MAINTENANCE | 1 |
| March 21, 2014 | IFR04F | FIREARMS REQUAL& USE OF DEADLY FORCE (4 Hrs) | 4 |
| March 21, 2014 | IFM18F | ADVANCED PISTOL TACTICS | 3 |
| | | | 2014 Total Hours : 48 |

| December 20, 2013 | IDG02G | TASER | 2 |
| December 11, 2013 | IGC00G | COMPUTER TRAINING | 1 |
| November 11, 2013 | IEC04E | C.P.R/A.E.D/FIRST AID | 3 |
| November 11, 2013 | IYR00G | REPORT WRITING | 1 |
| November 11, 2013 | IGB28G | SECURITY AND INTEGRITY OF CHRI (3 HR) | 3 |
| November 11, 2013 | ILU00G | Legal Update | 1 |
| November 4, 2013 | IFM03F | FIREARMS MAINTENANCE | 1 |
| November 4, 2013 | IFR04F | FIREARMS REQUAL& USE OF DEADLY FORCE (4 Hrs) | 4 |
| November 4, 2013 | IFN02F | NIGHT FIRE | 1 |
| November 4, 2013 | IFM18F | ADVANCED PISTOL TACTICS | 3 |
| August 9, 2013 | IGB17G | TERMINAL OPERATOR ENTRY LEVEL RECERTIFICATION | 2 |
| May 29, 2013 | ILU00G | Legal Update | 2 |
| May 10, 2013 | IFR09F | FIREARMS REQUAL& USE OF DEADLY FORCE (3 Hrs) | 3 |
| May 10, 2013 | UFE02F | SHOTGUN QUALIFICATION | 1 |
| May 10, 2013 | IFM18F | ADVANCED PISTOL TACTICS | 3 |
| May 10, 2013 | IFM03F | FIREARMS MAINTENANCE | 1 |
| March 26, 2013 | IDO02D | OLEORESIN CAPSICUM (RE-FAMILIARIZATION) | 1 |
| March 26, 2013 | IDD07D | DEFENSIVE TACTICS | 2 |
| March 26, 2013 | IAB00G | HEALTH, WELLNESS, & PHYSICAL FITNESS | 2 |
| March 26, 2013 | IFM22G | USE OF DEADLY FORCE | 2 |
| March 26, 2013 | UDP06G | EXPANDABLE BATON RECERTIFICATION | 1 |
| March 20, 2013 | IBN02G | EVIDENCE: CHAIN OF CUSTODY | 1 |
| | | | 2013 Total Hours : 41 |

| November 21, 2012 | IDT01G | BUILDING CLEARINGS | 2 |
| November 16, 2012 | IGR02G | ELECTRONIC WARRANTS | 1 |
| November 16, 2012 | IDO02D | OLEORESIN CAPSICUM (RE-FAMILIARIZATION) | 1 |
| November 16, 2012 | IDD07D | DEFENSIVE TACTICS | 2 |
| November 16, 2012 | NOF50G | SECURITY & INTEGRITY TRNG | 3 |
| November 16, 2012 | UDP06G | EXPANDABLE BATON RECERTIFICATION | 1 |
| November 12, 2012 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE | 3 |
| November 12, 2012 | UFE02F | SHOTGUN QUALIFICATION | 1 |
| November 12, 2012 | IFM18F | ADVANCED PISTOL TACTICS | 3 |
| November 12, 2012 | IFN02F | NIGHT FIRE | 1 |
| November 12, 2012 | IFM03F | FIREARMS MAINTENANCE | 1 |
| October 11, 2012 | IDD07D | DEFENSIVE TACTICS | 3 |
| October 11, 2012 | IFM22G | USE OF DEADLY FORCE | 1 |

Requestor IP Address: 149.101.1.115

| October 11, 2012 | ILU00G | Legal Update | 1 |
|---|---|---|---|
| October 11, 2012 | IEC04E | C.P.R/A.E.D/FIRST AID | 3 |
| May 17, 2012 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE | 2 |
| April 25, 2012 | IBM00G | MISCELLANEOUS INVESTIGATION | 1 |
| March 28, 2012 | IFM37G | FIREARM CARRY LAW | 1 |
| February 15, 2012 | ICC12G | CRISIS NEGOTIATION | 1 |
| January 11, 2012 | ITI10G | ACCIDENT REPORT FORMS | 1 |
| January 9, 2012 | IFN02F | NIGHT FIRE | 1 |

2012 Total Hours : 34

| November 17, 2011 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE | 4 |
|---|---|---|---|
| November 17, 2011 | IFN02F | NIGHT FIRE | 1 |
| November 17, 2011 | UFE02F | SHOTGUN QUALIFICATION | 1 |
| November 17, 2011 | IFM18F | ADVANCED PISTOL TACTICS | 2 |
| November 17, 2011 | IFM03F | FIREARMS MAINTENANCE | 1 |
| November 9, 2011 | IHQ06G | BIO-TERRORISM | 1 |
| November 8, 2011 | IDD07D | DEFENSIVE TACTICS | 2 |
| November 8, 2011 | IDO00D | OLEORESIN CAPSICUM | 1 |
| November 8, 2011 | IDT01G | BUILDING CLEARINGS | 3 |
| November 8, 2011 | IFM22G | USE OF DEADLY FORCE | 1 |
| November 8, 2011 | UDP06G | EXPANDABLE BATON RECERTIFICATION | 1 |
| September 21, 2011 | IBN02G | EVIDENCE: CHAIN OF CUSTODY | 1 |
| August 31, 2011 | IYR00G | REPORT WRITING | 1 |
| August 18, 2011 | AGB10G | TERMINAL OPERATOR ENTRY CERT. | 20 |
| August 1, 2011 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| July 27, 2011 | ILC00G | CRIMINAL PROCEDURE | 2 |
| May 3, 2011 | INM06G | ANNUAL INSERVICE TRAINING | 7 |
| May 3, 2011 | IDU00G | USE OF FORCE | 1 |
| March 17, 2011 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| March 7, 2011 | CAL02G | ADVANCED REPORT WRITING | 16 |

2011 Total Hours : 70

| December 16, 2010 | AWS93G | STANDARDIZED FIELD SOBRIETY TESTING | 24 |
|---|---|---|---|
| December 8, 2010 | ITI00G | ACCIDENT INVESTIGATION | 1 |
| November 10, 2010 | IFN02F | NIGHT FIRE | 1 |
| November 10, 2010 | UFE02F | SHOTGUN QUALIFICATION | 1 |
| November 10, 2010 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| November 10, 2010 | IWD00G | IMPAIRED DRIVING | 2 |
| July 1, 2010 | IDG06G | TASER X-26 | 8 |
| June 2, 2010 | IYR00G | REPORT WRITING | 2 |
| May 24, 2010 | UDO00D | RECERTIFICATION COURSES DEFENSIVE TACTICS OLEORESIN CAPSIUM | 1 |
| May 24, 2010 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 4 |
| May 24, 2010 | UDP06G | EXPANDABLE BATON RECERTIFICATION | 1 |
| May 24, 2010 | IDU00G | USE OF FORCE | 1 |
| May 24, 2010 | UEC00E | C.P.R. RECERTIFICATION | 1 |
| May 14, 2010 | NCD20G | VIOLENCE PREVENTION TEAM TRAINING | 7 |
| May 13, 2010 | NCD20G | VIOLENCE PREVENTION TEAM TRAINING | 7 |
| March 17, 2010 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| February 11, 2010 | NFM14G | FLYING ARMED TRAINING | 1 |

Requestor IP Address: 149.101.1.115

| | | | |
|---|---|---|---|
| February 4, 2010 | IGM52G | DRIVER'S LICENSE TRAINING | 3 |
| | | | 2010 Total Hours : 69 |

| | | | |
|---|---|---|---|
| November 24, 2009 | IQP00G | POLICY/PROCEDURES | 1 |
| November 11, 2009 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| November 11, 2009 | IFN02F | NIGHT FIRE | 1 |
| September 16, 2009 | IDD00D | DEFENSIVE TACTICS | 7 |
| September 16, 2009 | UDO00D | RECERTIFICATION COURSES DEFENSIVE TACTICS OLEORESIN CAPSIUM | 1 |
| September 16, 2009 | UDP06G | EXPANDABLE BATON RECERTIFICATION | 1 |
| July 23, 2009 | IDT01G | BUILDING CLEARINGS | 1 |
| July 23, 2009 | IFM18F | ADVANCED PISTOL TACTICS | 2 |
| July 23, 2009 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| July 23, 2009 | NOB94F | FIREARM/SHOTGUN RECERT | 1 |
| July 23, 2009 | IFM03F | FIREARMS MAINTENANCE | 1 |
| April 21, 2009 | ADA04D | EXPANDABLE BATON COURSE | 8 |
| April 15, 2009 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| March 24, 2009 | INM06G | ANNUAL INSERVICE TRAINING | 8 |
| March 17, 2009 | ITD00G | DUI ENFORCEMENT | 2 |
| February 19, 2009 | IDT01G | BUILDING CLEARINGS | 2 |
| February 17, 2009 | IDT01G | BUILDING CLEARINGS | 1 |
| January 29, 2009 | IFJ00F | INSERVICE FIREARMS JUDGEMENTAL SIMULATOR TRAINING | 1 |
| | | | 2009 Total Hours : 44 |

| | | | |
|---|---|---|---|
| December 18, 2008 | AGB08G | TERMINAL OPERATOR INQUIRY CERT. | 32 |
| December 1, 2008 | IZT01G | CANINE SEARCH AND RESCUE | 4 |
| November 17, 2008 | IZT01G | CANINE SEARCH AND RESCUE | 4 |
| November 3, 2008 | IZT01G | CANINE SEARCH AND RESCUE | 4 |
| October 20, 2008 | IZT01G | CANINE SEARCH AND RESCUE | 4 |
| October 6, 2008 | IZT01G | CANINE SEARCH AND RESCUE | 3 |
| September 16, 2008 | IDD00D | DEFENSIVE TACTICS | 4 |
| September 16, 2008 | IDT01G | BUILDING CLEARINGS | 4 |
| September 15, 2008 | INM06G | ANNUAL INSERVICE TRAINING | 8 |
| September 9, 2008 | IFM18F | ADVANCED PISTOL TACTICS | 2 |
| September 9, 2008 | IFM03F | FIREARMS MAINTENANCE | 1 |
| September 9, 2008 | IDT01G | BUILDING CLEARINGS | 1 |
| September 9, 2008 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 4 |
| September 8, 2008 | IZT01G | CANINE SEARCH AND RESCUE | 4 |
| August 25, 2008 | IZM01G | CANINE PROTOCOL | 4 |
| August 11, 2008 | IZM01G | CANINE PROTOCOL | 3 |
| May 12, 2008 | IZT01G | CANINE SEARCH AND RESCUE | 3 |
| April 21, 2008 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| March 31, 2008 | IZT01G | CANINE SEARCH AND RESCUE | 3 |
| March 28, 2008 | IYC42G | VOICE OVER INTERNET PROTOCOL | 1 |
| January 28, 2008 | IFN02F | NIGHT FIRE | 1 |
| | | | 2008 Total Hours : 96 |

| | | | |
|---|---|---|---|
| November 20, 2007 | IZT01G | CANINE SEARCH AND RESCUE | 2 |
| October 29, 2007 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 2 |
| October 2, 2007 | IBM23G | SEARCH & RESCUE | 4 |

| Date | Code | Course | Hours |
|---|---|---|---|
| October 1, 2007 | IZM10G | CANINE PROTOCOLS | 12 |
| July 31, 2007 | IFM03F | FIREARMS MAINTENANCE | 1 |
| July 31, 2007 | NOB94F | FIREARM/SHOTGUN RECERT | 1 |
| July 31, 2007 | IDT01G | BUILDING CLEARINGS | 2 |
| July 31, 2007 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 4 |
| July 31, 2007 | IFM18F | ADVANCED PISTOL TACTICS | 2 |
| July 17, 2007 | IZT01G | CANINE SEARCH AND RESCUE | 3 |
| July 3, 2007 | IDT01G | BUILDING CLEARINGS | 2 |
| July 3, 2007 | ADM01D | CONTROL AND RESTRAINT | 8 |
| July 2, 2007 | ICC01G | SUICIDE PREVENTION | 1 |
| July 2, 2007 | UDO00D | RECERTIFICATION COURSES DEFENSIVE TACTICS OLEORESIN CAPSIUM | 1 |
| July 2, 2007 | ITU00G | VEHICLE PULLOVERS | 2 |
| July 2, 2007 | NOF50G | SECURITY & INTEGRITY TRNG | 2 |
| July 2, 2007 | UEC00E | C.P.R. RECERTIFICATION | 3 |
| July 2, 2007 | IGM39G | HOSPITAL SECURITY | 1 |
| June 5, 2007 | IZT01G | CANINE SEARCH AND RESCUE | 3 |
| May 8, 2007 | IZT01G | CANINE SEARCH AND RESCUE | 2 |
| April 12, 2007 | IQP00G | POLICY/PROCEDURES | 1 |
| April 10, 2007 | IZT01G | CANINE SEARCH AND RESCUE | 2 |
| January 22, 2007 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 4 |
| January 22, 2007 | IFN02F | NIGHT FIRE | 4 |

2007 Total Hours : 69

| Date | Code | Course | Hours |
|---|---|---|---|
| October 27, 2006 | BML06G | BASIC LAW ENFORCEMENT TRAINING CRS. | 408 |
| August 17, 2006 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 20 |
| August 16, 2006 | ISD01T | DRIVER TRAINING | 20 |
| August 11, 2006 | IFR02F | FIREARMS REQUAL& USE OF DEADLY FORCE (2 Hrs) | 8 |
| July 21, 2006 | IFM07F | RED DOT SIGHT BASIC SHOOTER (8-16 HRS) | 8 |
| July 18, 2006 | ISD01T | DRIVER TRAINING | 8 |
| June 19, 2006 | IFM07F | RED DOT SIGHT BASIC SHOOTER (8-16 HRS) | 8 |
| May 23, 2006 | ICC01G | SUICIDE PREVENTION | 1 |
| May 22, 2006 | IFM07F | RED DOT SIGHT BASIC SHOOTER (8-16 HRS) | 8 |
| May 19, 2006 | BMH01G | BASIC JAIL TRAINING COURSE | 80 |
| May 18, 2006 | ADO01D | OLEORESIN CAPSICUM FAMILIARIZATION | 4 |
| April 10, 2006 | IHM25G | NIMS: IS-800 NAT. RESPONSE PLAN | 3 |

2006 Total Hours : 576

| Date | Code | Course | Hours |
|---|---|---|---|
| December 31, 2005 | PAV95T | 20 HR/FA/UODF 3 MONTH WAIVER | 20 |
| December 9, 2005 | IHM21G | NIMS: IS-200 BASIC ICS | 2 |
| December 8, 2005 | ILF01G | SEXUAL HARASSMENT | 1 |
| December 8, 2005 | IHM24G | NIMS: IS-700 NIMS INTRO COURSE | 1 |
| December 7, 2005 | IHM20G | NIMS: IS-100 INTRO TO ICS | 2 |
| December 7, 2005 | IHS01G | RADIOLOGICAL SAFETY | 2 |
| December 6, 2005 | NOF50G | SECURITY & INTEGRITY TRNG | 2 |

2005 Total Hours : 30

## Summary of Hours for 17 Years

| Total | | Community |
|---|---|---|

| Year | Hours | Firearms | Deadly Force | De-escalation | Policing |
|---|---|---|---|---|---|
| 2021 | 74 | 1 | 2 | 1 | 2 |
| 2020 | 23 | 1 | 3 | 2 | 4 |
| 2019 | 37 | 3 | 4 | 1 | 2 |
| 2018 | 37 | 2 | 3 | 1 | 2 |
| 2017 | 71 | 2 | 4 | 1 | 2 |
| 2016 | 35 | 2 | 3 | 0 | 0 |
| 2015 | 69 | 2 | 3 | 0 | 0 |
| 2014 | 48 | 2 | 3 | 0 | 0 |
| 2013 | 41 | 2 | 3 | 0 | 0 |
| 2012 | 34 | 2 | 3 | 0 | 0 |
| 2011 | 70 | 3 | 4 | 0 | 0 |
| 2010 | 69 | 3 | 3 | 0 | 0 |
| 2009 | 44 | 3 | 3 | 0 | 0 |
| 2008 | 96 | 2 | 2 | 0 | 0 |
| 2007 | 69 | 3 | 3 | 0 | 0 |
| 2006 | 576 | 3 | 3 | 1 | 2 |
| 2005 | 30 | 1 | 1 | 1 | 2 |
| **Grand Total of Hours (all years and courses)** | **1,423** | | | | |

*Requestor IP Address: 149.101.1.115*